# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEONARD COAKLEY, | Case No. ED CV 16-01724 AFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: September 14, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE